UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCIS DAVIS,<br><br>                              Plaintiff,<br><br>- against -<br><br>UNIVISION COMMUNICATIONS INC.<br><br>                              Defendant. | Docket No. _____<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Francis Davis ("Davis" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant Univision Communications Inc. ("Univision" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of seven copyrighted photographs of a couple in Puerto Rico owned and registered by Davis, a Puerto Rico based photojournalist. Accordingly, Davis seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or are doing business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

5.     Davis is a professional wedding photographer having a usual place of business at Calle Sol #3, Rincon, Puerto Rico 00677.

6.     Upon information and belief, Univision is a corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 605 Third Avenue, New York, New York 10158.  Upon information and belief, Univision is registered with the New York Department of State, Division of Corporations to do business in the State of New York.  At all times material hereto, Univision has owned and operated a website at the URL: www.univision.com (the "Website").

**STATEMENT OF FACTS**

**A.     Background and Plaintiff's Ownership of the Photographs**

7.     Davis photographed a couple in Puerto Rico for their wedding (the "Photographs"). A true and correct copy of the seven Photographs is attached hereto as Exhibit A.

8.     Davis is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

9.     The Photographs were registered with the U.S. Copyright Office and was given Copyright Registration Number VAu1-223-107.

**B.     Defendant's Infringing Activities**

10.    Upon information and belief, Univision published a video on the Website entitled *La Boda de Ellas: La historia de un amor entre verso y prosa*. See http://www.univision.com/puerto-rico/wlii/la-boda-de-ellas-la-historia-de-un-amor-entre-verso-

y-prosa-video. The article prominently featured the Photographs. A true and correct copy of the article is attached hereto as Exhibit B.

11.     Upon information and belief, Univision published one of the seven Photographs on their Facebook page to advertise the airing of the video.  A true and correct copy of the Facebook page is attached hereto as Exhibit C.

12.     Univision did not license the Photographs from Plaintiff for its article, nor did Univision have Plaintiff's permission or consent to publish the Photographs on its Website.

## FIRST CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST UNIVISION)
## (17 U.S.C. §§ 106, 501)

13.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14.     Univision infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Website. Univision is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs.

15.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16.     Upon information and belief, the foregoing acts of infringement by Univision have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17.  As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18.  Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photographs, pursuant to 17 U.S.C. § 504(c).

19.  Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

20.  Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages.  Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.  That Defendant Univision be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2.  Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photographs; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.  That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4.  That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
February 6, 2017

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Francis Davis*